

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

125 SOUTH GRAND AVENUE
PASADENA, CALIFORNIA 91105

CHAMBERS OF
MILAN D. SMITH, JR.
U.S. CIRCUIT JUDGE

June 26, 2007

TEL: 626.229.7245



RECEIVED 2007 JUN 27 A 11: 02 FINANCIAL DISCLOSURE OFFICE

By FedEx

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Gentlepersons:

As required by the Ethics in Government Act of 1978, enclosed are one executed original and three additional copies of my Amended Annual Financial Disclosure Report for Calendar Year 2006, dated June 25, 2007.

The enclosed Amendment is prompted by the letter dated June 20, 2007 I received from the Committee requesting certain clarifications in my original Report, dated May 1, 2007. I have provided all the information requested in the Committee's letter concerning the securities noted.

Please note that the "Blackrock CA Ins. Muni 2008: holding listed on my Nomination Financial Disclosure Report filed in 2006 is already listed on line 14, page 4 of both the Annual and Amended Report. My former "Fidelity Adv. Muni Inc-T" holding is now listed on line 193 on page 15 of the Amended Report.

I trust the enclosed is fully responsive to the Committee's request.



Milan D. Smith, Jr.
Circuit Judge

Encl.

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Jr., Milan D | 2. Court or Organization<br><br>Ninth Circuit | 3. Date of Report<br><br>06/25/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☒ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>United States Court of Appeals<br>Suite 205 125 S. Grand Ave.<br>Pasadena, California 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of instructions.)

☐   NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Managing Partner to 6-29-06 and Liquidating Partner from 6-30 to 12-31-06 | Smith Crane Robinson & Parker LLP, in dissolution-See Part VIII |
| 2. Escrow holder | Palos Verdes Peninsula Unified School District-Lunada Bay Little League-See Part VIII |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of instructions.)

☐   NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Smith Crane Robinson & Parker LLP. Partnership dissolved and ceased doing business effective 6-30-06. (See Part VIII) |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 27 A 11: 02 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 06/25/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Smith Crane Robinson & Parker LLP-Income from law firm | $ 247,072 |
| 2. 2006 | Income from service as Trustee for Trust 1 | $ 1,186 |
| 3. 2006 | Brokerage commission income | $ 23,078 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Smith Crane Robinson & Parker LLP-Income from law firm |
| 2. 2006 | ████████████████ Income from law firm |
| 3. 2006 | ████████-Income from law firm |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | United States District Court of Oregon Historical Society | October 26-27-Portland, Oregon-Spoke to annual dinner (Transportation, Lodging and Meals) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 06/25/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Crane Robinson & Parker LLP Defined Benefit Pen Plan | | None | | | See Part VIII | | | | |
| 2. Duke Energy Corp | A | Dividend | | | SBEOD | | | | |
| 3. Alltel Corp (Del) | | None | K | T | | | | | |
| 4. American Intl Group, Inc. | | None | | | SBEOD | | | | |
| 5. Cendant Corp | | None | | | SBEOD | | | | |
| 6. Chevron Corp | A | Dividend | | | SBEOD | | | | |
| 7. General Electric Co. | A | Dividend | J | T | | | | | |
| 8. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 9. JP Morgan Chase & Co. | | None | | | SBEOD | | | | |
| 10. Kimberly Clark Corp | A | Dividend | | | SBEOD | | | | |
| 11. Microsoft Corporation | A | Dividend | K | T | | | | | |
| 12. Neenah Paper Inc. | | None | | | SBEOD | | | | |
| 13. Pfizer Incorporated | | None | | | SBEOD | | | | |
| 14. Blackrock CA Ins Muni 2008 | B | Dividend | L | T | | | | | |
| 15. VK Muni Inc Trust-Com | | None | | | SBEOD | | | | |
| 16. Coca-Cola Company | A | Dividend | K | T | Sell | 7/10 | J | A | |
| 17. Tamarack Prime MM | | None | | | SBEOD | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Automated XXX Cash Mgmt Trust-SS | | None | J | T | | | | | |
| 19. Harrahs Entertainment Inc. | | None | | | SBEOD | | | | |
| 20. Intuitive Surgical Inc. | | None | K | T | | | | | |
| 21. McCormick and Schmicks Seafood Restaurants Inc. | | None | K | T | | | | | |
| 22. Somanetics Corp New | | None | J | T | BBEOD | | | | |
| 23. Tribune Company New | | None | | | SBEOD | | | | |
| 24. Franklin Multi Income Trust | | None | | | SBEOD | | | | |
| 25. Putnam High Income Bond Fund | | None | J | T | | | | | |
| 26. Kinder Morgan Energy Partners LP Unit Ltd Partnershihp | | None | K | T | | | | | |
| 27. American Tower Corp CL A | | None | K | T | Sell | 10/19 | J | A | |
| 28. Allstate Corp | A | Dividend | | | SBEOD | | | | |
| 29. Constellation Brands, Inc Cl A | | None | K | T | | | | | |
| 30. Constellation Energy Group | A | Dividend | K | T | | | | | |
| 31. Dell Inc. | | None | J | T | Sell | 8/3 | J | | |
| 32. Devon Energy Corp New | A | Dividend | K | T | | | | | |
| 33. Dow Chemical Company | A | Dividend | | | SBEOD | | | | |
| 34. Fortune Brands Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Motors Corp | | None | | | SBEOD | | | | |
| 36. Goldman Sachs Group Inc. | A | Dividend | | | SBEOD | | | | |
| 37. Intl Game Technology | A | Dividend | K | T | | | | | |
| 38. L 3 Communications Corp | A | Dividend | K | T | | | | | |
| 39. Pepsico Incorporated | A | Dividend | K | T | | | | | |
| 40. Public Svc Enterprises Group Inc. | | None | | | SBEOD | | | | |
| 41. Sempra Energy | A | Dividend | | | SBEOD | | | | |
| 42. Time Warner Inc. | A | Dividend | J | T | | | | | |
| 43. Whole Foods Mkt Inc. | B | Dividend | K | T | Buy | 8/10 | J | | |
| 44. BP PLC Spons Adr | A | Dividend | | | SBEOD | | | | |
| 45. Canadian Natl Ry Co. | C | Dividend | K | T | | | | | |
| 46. Koninklijke Philips Electrs NV (New) | A | Dividend | K | T | | | | | |
| 47. Morgan Stanley Energ Mkts Fd Inc. | | None | | | SBEOD | | | | |
| 48. Nabors Industries Ltd. | | None | K | T | | | | | |
| 49. Teco Energy Inc. | B | Dividend | K | T | | | | | |
| 50. Boeing Co | A | Dividend | J | T | Sell | 7/10 | J | C | |
| 51. Walt Disney Co | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Intel Corp | A | Dividend | J | T | | | | | |
| 53.  Mellon Finl Corp (PA) | A | Dividend | J | T | | | | | |
| 54.  Viacom Inc CL A | A | Dividend | | | Sell | 7/10 | J | | |
| 55.  Templeton Growth Fund Class A | B | Dividend | L | T | | | | | |
| 56.  Fidelity Adv High Sac Muni Port | B | Dividend | K | T | | | | | |
| 57.  Mojave Water Ag Imp Dist CA Go B/E FGIC-5.300 9/1/06 | | None | | | Redemption | 9/1 | J | | |
| 58.  Los Angeles CNTY CA Pension Ob 6.770 6/30/05 | A | Interest | | | SBEOD | | | | |
| 59.  Stockton CA Pub Fing Rev Ref West Eight Str FSA CPN: 3.000 | | None | | | SBEOD | | | | |
| 60.  First Colony Life Policy | | None | J | T | | | | | |
| 61.  Aetna Life Policy | | None | K | T | | | | | |
| 62.  McDonalds Corp | | None | | | SBEOD | | | | |
| 63.  Sprint Nextel Corp | A | Dividend | K | T | Buy | 8/3 | J | | |
| 64.  California Pizza Kitchen | | None | J | T | | | | | |
| 65.  Quanta SVCS Inc | | None | K | T | BBEOD | | | | |
| 66.  CBS Corp Cl A | | None | | | SBEOD | | | | |
| 67.  Encana Corp | A | Dividend | K | T | | | | | |
| 68.  Petrochina Company Ltd Adr Shs Ser H | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Franklin Ltd Mat US Govt Sec A | C | Interest | | | SBEOD | | | | |
| 70. Ishares Tr Us Treas Infl Protection Secs FD | C | Interest | K | T | | | | | |
| 71. AIM Short Term Bd Cl C | C | Interest | | | SBEOD | | | | |
| 72. Ameritech Cap Fdg Corp 6.150 1/15/08 | A | Interest | J | T | | | | | |
| 73. CIT Group Inc 4.300 2/15/07 | A | Interest | J | T | | | | | |
| 74. CNA Financial Corp 6.6000 12/15/08 | A | Interest | J | T | | | | | |
| 75. Commercial Credit 6.625 11/15/06 | A | Int./Div. | | | Sell | 11/15 | J | | |
| 76. Credit Suisse FB USA Inc. 5.750 4/15/07 | A | Interest | J | T | | | | | |
| 77. DaimlerChrysler NA Hldg 7.200 9/1/09 | A | Interest | J | T | | | | | |
| 78. Dow Chemical Company 5.750 12/15/12 | A | Interest | J | T | | | | | |
| 79. Dow Chemical Company 5.3000 3/15/13 | A | Interest | J | T | | | | | |
| 80. First Chicago NBD Corp 6.125 2/15/06 | A | Interest | | | SBEOD | | | | |
| 81. Franklin Universal Trust | D | Interest | K | T | | | | | |
| 82. General Electric Cap Corp 8.125 5/15/12 | A | Interest | J | T | | | | | |
| 83. General Electric Cap Corp 4.000 4/15/10 | A | Interest | J | T | | | | | |
| 84. Goldman Sachs 5.250 10/15/13 | A | Interest | J | T | | | | | |
| 85. Hartford Life 4.500 6/15/12 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Household Fin Corp 5.000 11/15/07 | A | Interest | J | T | | | | | |
| 87. Household Fin Corp 5.875 2/1/09 | A | Interest | J | T | | | | | |
| 88. Intermendiate Bond Fund America | | None | | | SBEOD | | | | |
| 89. Intl Lease Fin Corp 4.375 11/1/09 | A | Interest | J | T | | | | | |
| 90. Intl Lease Fin Corp 4.200 2/15/10 | A | Interest | J | T | | | | | |
| 91. John Hancock Life Ins Co 4.150 2/15/12 | A | Interest | J | T | | | | | |
| 92. La Salle Fndg LLC Multi 3.000 1/15/11 | A | Interest | J | T | | | | | |
| 93. McDonald's Corp 6.000 4/15/11 | A | Interest | J | T | | | | | |
| 94. MFS Charter Income Trust | B | Interest | K | T | | | | | |
| 95. MFS Govt Markets Income | B | Interest | K | T | | | | | |
| 96. MFS Intermediate Income Trust | C | Interest | K | T | | | | | |
| 97. Motorola Inc. 7.625 11/15/10 | A | Interest | J | T | | | | | |
| 98. National Rural Utilities 4.125 2/15/11 | A | Interest | J | T | | | | | |
| 99. New York Tel Co. 7.000 6/15/13 | A | Interest | J | T | | | | | |
| 100. Pitney Bowes Inc 5.875 5/1/06 | A | Interest | | | SBEOD | | | | |
| 101. Putnam Master Intrmd Income Tr | C | Interest | K | T | | | | | |
| 102. Solomon Bros Var Rate Strategic Fund | B | Interest | | | Sell | 8/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Smith, Jr., Milan D | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. TRW Med Term Sr Notes Cpn 6.30% Due 5/15/08 | A | Interest | J | T | | | | | |
| 104. Van Kampen Income Tr Shs Ben Int | B | Interest | | | Sell | 9/25 | J | | |
| 105. Ford Motor Credit Co 7.875 6/15/10 | A | Interest | J | T | | | | | |
| 106. Ford Motor Credit Co 7.250 10/25/11 | A | Interest | J | T | | | | | |
| 107. Ford Motor Credit Co 5.625 10/1/08 | A | Interest | J | T | | | | | |
| 108. General Motors Accp Corp 6.125 11/15/08 | A | Interest | J | T | | | | | |
| 109. General Motors Accp Corp 5.750 9/15/06 Smart Notes | A | Interest | | | Redemption | 9/15 | J | | |
| 110. General Motors Accp Corp 5.400 2/15/08 | A | Interest | J | T | | | | | |
| 111. General Motors Accp Corp 5.625 5/15/09 | A | Interest | J | T | | | | | |
| 112. General Motors Accp Corp 5.500 7/15/07 | A | Interest | J | T | | | | | |
| 113. JC Penney & Co 6.500 12/15/07 | A | Interest | J | T | | | | | |
| 114. Teco Energy Inc 7.200 5/1/11 | A | Interest | J | T | | | | | |
| 115. Toys R Us 6.875 8/1/06 | A | Interest | | | Sell | 8/1 | J | | |
| 116. Solomon 2008 World Term Trust | B | Interest | J | T | | | | | |
| 117. Allegheny Cnty PA Hosp 5.400 5/1/06 | | None | | | SBEOD | | | | |
| 118. Anaheim CA Pub Fing Auth 5.000 10/1/10 | A | Interest | J | T | | | | | |
| 119. Blackrock Ins Muni 2008 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Smith, Jr., Milan D | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. California St Trans Dept 0.000% 3/1/08 | | None | J | T | | | | | |
| 121. California St Go 5.000 11/1/07 | A | Interest | J | T | | | | | |
| 122. California St Pub Wks Brd Lease Rev Cap 9/1/07 | | None | J | T | | | | | |
| 123. East Bay Calif Mun Util 4.800 6/1/-8 | A | Interest | J | T | | | | | |
| 124. Las Vegas-Clark Cnty NV 2.750 6/1/07 | A | Interest | K | T | | | | | |
| 125. Los Angeles Cnty Calif 6.900 6/30/08 | | None | J | T | | | | | |
| 126. Mohave Water Agency 5.300 9/1/06 | A | Interest | | | SBEOD | | | | |
| 127. Municipal Advantage FD Inc. | A | Interest | L | T | Sell | 8/10 | K | | |
| 128. Parlier Calif Redev Agy 4.650% 8/1/10 | A | Interest | J | T | | | | | |
| 129. Pasadena CA Electric 5.000 8/1/09 RFD Bonds | A | Interest | J | T | | | | | |
| 130. Putnam CA Inv Grade Muni-Com | B | Interest | K | T | | | | | |
| 131. Sacramento CA Mun Rev 5.250 8/15/09 | A | Interest | K | T | . | | | | |
| 132. Sacramento Cnty CA Arpt 6.000 7/1/16 | A | Interest | | | Redemption | 7/3 | K | A | |
| 133. Franklin Income Class A | C | Interest | L | T | Buy | 8/4 | J | | |
| 134. Enterprise Prods Partners LP | B | Distribution | K | T | | | | | |
| 135. Kinder Morgan Energy | B | Distribution | K | T | | | | | |
| 136. Oceanside CA Cert Rdp 6.100 4/1/05 | | None | | | SBEOD | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Smith, Jr., Milan D | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Van Kampen Sr. Income | | None | | | SBEOD | | | | |
| 138. Oneok Inc New | A | Dividend | K | T | BBEOD | | | | |
| 139. Active Power Inc. | | None | J | T | Sold | 10/31 | J | A | |
| 140. Spectranetics Corp. | | None | J | T | | | | | |
| 141. Acco Brands Corp | | None | | | SBEOD | | | | |
| 142. BP PLC Spons Adr | A | Dividend | | | SBEOD | | | | |
| 143. Mississippi St. Go 5.250 07/01/08 | B | Interest | K | T | | | | | |
| 144. Franklin Low Diration Total Return CL | B | Interest | M | T | Buy | 6/27 | L | | |
| 145. Franklin/Templeton Hard Cur Cl A | B | Int./Div. | L | T | Buy | 9/26 | L | | |
| 146. Russell Money Market S | C | Dividend | M | T | Buy | 7/20 | M | | |
| 147. Russell Money Market S | | | | | Buy | 9/26 | K | | |
| 148. Templeton Global Bond Fd A | B | Dividend | L | T | BBEOD | | | | |
| 149. Century Tel., Inc. Cpn 5.000% Due 2/15/15 | A | Interest | J | T | BBEOD | | | | |
| 150. CIT Group, Inc. Sr Unsecured Notes 6.00% 3/15/16 | A | Interest | K | T | BBEOD | | | | |
| 151. Countrywide Fin Cpn 4.000% due 7/28/15 | A | Interest | J | T | BBEOD | | | | |
| 152. Dean Witter Discover Odd Cpn Med Term Notes 7.07% 2/10/14 | A | Interest | K | T | BBEOD | | | | |
| 153. Dow Chemical Co Intemotes Mtn B/E Sr | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Notes | | | | | | | | | |
| 154. IBM Corp Internotes Mts. B/E Cpn 5.00% Due 11/15/14 | A | Interest | J | T | BBEOD | | | | |
| 155. John Hancock Life Ins Co Sr. Uns 4.15% Due 2/15/12 | A | Int./Div. | J | T | BBEOD | | | | |
| 156. Motorola Inc. Notes call @market+25 BP | A | Interest | J | T | BBEOD | | | | |
| 157. AIM Enhanced Sh Bond Cl C | B | Int./Div. | | | BBEOD | | | | |
| 158. AIM Enhanced Sh Bond Cl C | | | | | Sell | 10/24 | L | A | |
| 159. AIM Enhanced Sh Bond Cl C | | | | | Sell | 10/25 | K | A | |
| 160. Gabelli Glbl Util Inc Tr | B | Int./Div. | L | T | Buy | 8/4 | K | | |
| 161. Tamarack Invt Fds Prime | D | Dividend | J | T | BBEOD | | | | |
| 162. Templeton Global Bond A | B | Dividend | L | T | Buy | 8/10 | L | | |
| 163. Western Asset Bros 2008 WW & Gvt Tr | C | Int./Div. | K | T | BBEOD | | | | |
| 164. Alliance Bernstein Holding LP | B | Distribution | K | T | BBEOD | | | | |
| 165. CIT Group Inc. Internotes Cpn 6.000% due 3/15/16 | A | Int./Div. | K | T | BBEOD | | | | |
| 166. Particle Drilling Technology | A | Int./Div. | J | T | BBEOD | | | | |
| 167. Powerwave Technologies Inc | | None | | | BBEOD | | | | |
| 168. Powerwave Technologies Inc. | | None | | | Sell | 10/11 | J | | |
| 169. Vipropharma Inc. | | None | | | BBEOD | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type(e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. Viropharma Inc. | | | | | SBEOD | | | | |
| 171. Reddy Ice Holdings Inc | A | Interest | K | T | BBEOD | | | | |
| 172. Ameritech Cap Fdg Corp NT B/E Con 6.150% Due 1/15/08 | A | Interest | J | T | BBEOD | | | | |
| 173. Boeing Co. Global Notes Cpn 5.125% Due 2/15/13 | A | Int./Div. | J | T | BBEOD | | | | |
| 174. LA Calif Uni Sch Dist Cpn 5.50% Due 7/1/17 | B | Interest | K | T | BBEOD | | | | |
| 175. Genzyme Corp Gen Div | | None | K | T | BBEOD | | | | |
| 176. Dean Witter Discover Co Med Term Notes Cpn 7.07% Due 2/10/14 | A | Int./Div. | J | T | BBEOD | | | | |
| 177. Daimler Chrysler N/P Hldg Global Note Cpn 7.20% Due 9/1/09 | A | Int./Div. | J | T | BBEOD | | | | |
| 178. CA St Dept Trans Par East Bay State Rev B/E 4.67% Due 3/1/10 | A | Int./Div. | J | T | BBEOD | | | | |
| 179. Fidelity Adv Freedom 2010 Fd Cl A | A | Int./Div. | J | T | BBEOD | | | | |
| 180. GTE Cal Deb B/E Cpn 7.00% Due 5/1/08 | A | Dividend | J | T | Buy | 8/3 | J | | |
| 181. Gen Mtrs Accept Corp Smart Notes Med Term | | None | J | T | Redemption | 9/15 | J | | |
| 182. Embarq Corp | A | Int./Div. | J | T | BBEOD | | | | |
| 183. Cisco Systems Inc. | | None | J | T | BBEOD | | | | |
| 184. Medcohealth Solutions | | None | J | T | BBEOD | | | | |
| 185. Merck & Co. Inc. | | None | J | T | BBEOD | | | | |
| 186. International Business Machines | | None | J | T | BBEOD | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. Marriott Int Inc Class A | | None | J | T | BBEOD | | | | |
| 188. Wal Mart Stores Inc. | | None | J | T | BBEOD | | | | |
| 189. Windstream Corp | | None | | | SBEOD | | | | |
| 190. Wachovia Sec Bank Deposit Sweep Option | | None | N | T | | | | | |
| 191. The Growth Fund of America-R2 | | None | L | T | | | | | |
| 192. The Bond Fund of America-R2 | | None | K | T | | | | | |
| 193. Fidelity Adv. Muni Inc-T | | None | | | SBEOD | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 06/25/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART I

Filer entered on duty as a circuit judge on June 30, 2006. Prior to that date, filer practiced law as a partner of Smith Crane Robinson & Parker LLP (SCRP).

SCRP ceased doing business effective as of June 29, 2006 and entered into a state of dissolution on June 30, 2006. As liquidating partner of SCRP, filer remained responsible during reporting period for collection of obligations due SCRP and payment of debts owed by SCRP. Filer receives no compensation for performance of his duties as liquidating partner of SCRP. Only minor duties remain as of the date of this report and the filer presently believes that all remaining obligations of SCRP will be paid or provided for, the net assets of SCRP will be distributed to the former partners, and SCRP will terminated during calendar year 2007.

Except as noted in the following paragraph, filer resigned all positions except liquidating partner of SCRP effective on or before June 29, 2006.

Filer has acted as escrow holder of $4,950 since approximately 2002, without compensation, for the benefit of the Lunada Bay Little League (League) and the Palos Verdes Peninsula Unified School District (PVPUSD). Since no activity requiring the involvement of the filer as escrow holder occurred since the escrow was opened, filer inadvertently forgot about the account until he was reminded of the escrow after the current reporting period. With the written agreement of the League and the PVPUSD, filer has now resigned as escrow holder and transferred that responsiblity to R. Scott Robinson. The filer has also executed an assignment of the bank account holding the $4,950 to R. Scott Robinson. As of the date of this report, filer has no further responsibilities under the escrow agreement.

PART II

Filer is entitled to 39.91% of all net proceeds from the wind up of SCRP, if any. As of the date of this report, SCRP has approximately $20,000 of remaining assets and still has some ongoing obligations to discharge before final distribution of net assets to former partners.

SCRP's ERISA based retirement plans were terminated during the reporting period and assets therein were distributed to the filer and other interest holders pursuant to a formula calculated by the plan admin150tator and actuary. All assets of filer ▮▮▮▮▮▮ previously held in SCRP retirement plans are now held in four IRAs and are individually listed in Part VII.

Part III

All income shown in Part III was earned prior to 6-30-06, but a portion thereof was received after 6-30-06.

PART VII

SCRP Defined Benefit Plan assets attributable to filer were distributed in kind to filer dumg reporting period and are reported individually in Part VII.

All securities listed on filer's Initial Financial Disclosure Report that were sold in whole or in part before the date filer took his oath of office and entered on duty are shown in Part D as "SBEOD," which means "sold before entry on duty."

All securities listed on filer's Financial Disclosure Report that were purchased in whole or in part before the date filer took his oath of office and entered on duty are shown in Part D as "BBEOD," which means "bought before entry on duty."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Date_____6- 25- 07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2007 | | |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Jr., Milan D | 2. Court or Organization<br><br>Ninth Circuit | 3. Date of Report<br><br>05/01/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual     ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>United States Court of Appeals<br>Suite 205 125 S. Grand Ave.<br>Pasadena, California 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Managing Partner to 6-29-06 and Liquidating Partner from 6-30 to 12-31-06 | Smith Crane Robinson & Parker LLP, in dissolution-See Part VIII |
| 2. Escrow holder | Palos Verdes Peninsula Unified School District-Lunada Bay Little League-See Part VIII |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY -3 A 11: 26 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Smith Crane Robinson & Parker LLP. Partnership dissolved and ceased doing business effective 6-30-06. (See Part VIII) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 05/01/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Smith Crane Robinson & Parker LLP-Income from law firm | $ $247,072 |
| 2. 2006 | Income from service as Trustee for Trust 1 | $ 1,186 |
| 3. 2006 | Brokerage commission income | $ 23,078 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Smith Crane Robinson & Parker LLP-Income from law firm |
| 2. 2006 | ██████████████Income from law firm |
| 3. 2006 | ████████-Income from law firm |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. United States District Court of Oregon Historical Society | October 26-27-Portland, Oregon-Spoke to annual dinner (Transportation, Lodging and Meals) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 05/01/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Smith Crane Robinson & Parker LLP Defined Benefit Pen Plan | | None | | | See PartVIII | | | | |
| 2. Duke Energy Corp | A | Dividend | | | SBEOD | | | | |
| 3. Alltel Corp (Del) | | None | K | T | | | | | |
| 4. American Intl Group, Inc. | | None | | | SBEOD | | | | |
| 5. Cendant Corp | | None | | | SBEOD | | | | |
| 6. Chevron Corp | A | Dividend | | | SBEOD | | | | |
| 7. General Electric Co. | A | Dividend | J | T | | | | | |
| 8. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 9. JP Morgan Chase & Co. | | None | | | SBEOD | | | | |
| 10. Kimberly Clark Corp | A | Dividend | | | SBEOD | | | | |
| 11. Microsoft Corporation | A | Dividend | K | T | | | | | |
| 12. Neenah Paper Inc. | | None | | | SBEOD | | | | |
| 13. Pfizer Incorporated | | None | | | SBEOD | | | | |
| 14. Blackrock CA Ins Muni 2008 | B | Dividend | L | T | | | | | |
| 15. VK Muni Inc Trust-Com | | None | | | SBEOD | | | | |
| 16. Coca-Cola Company | A | Dividend | K | T | Sell | 7/10 | J | A | |
| 17. Tamarack Prime MM | | None | | | SBEOD | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Automated XXX Cash Mgmt Trust-SS | | None | J | T | | | | | |
| 19. Harrahs Entertainment Inc. | | None | | | SBEOD | | | | |
| 20. Intuitive Surgical Inc. | | None | K | T | | | | | |
| 21. McCormick and Schmicks Seafood Restaurants Inc. | | None | K | T | | | | | |
| 22. Somanetics Corp New | | None | J | T | BBEOD | | | | |
| 23. Tribune Company New | | None | | | SBEOD | | | | |
| 24. Franklin Multi Income Trust | | None | | | SBEOD | | | | |
| 25. Putnam High Income Bond Fund | | None | J | T | | | | | |
| 26. Kinder Morgan Energy Partners LP Unit Ltd Partnershihp | | None | K | T | | | | | |
| 27. American Tower Corp CL A | | None | K | T | Sell | 10/19 | J | A | |
| 28. Allstate Corp | A | Dividend | | | SBEOD | | | | |
| 29. Constellation Brands, Inc Cl A | | None | K | T | | | | | |
| 30. Constellation Energy Group | A | Dividend | K | T | | | | | |
| 31. Dell Inc. | | None | J | T | Sell | 8/3 | J | | |
| 32. Devon Energy Corp New | A | Dividend | K | T | | | | | |
| 33. Dow Chemical Company | A | Dividend | | | SBEOD | | | | |
| 34. Fortune Brands Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Motors Corp | | None | | | SBEOD | | | | |
| 36. Goldman Sachs Group Inc. | A | Dividend | | | SBEOD | | | | |
| 37. Intl Game Technology | A | Dividend | K | T | | | | | |
| 38. L 3 Communications Corp | A | Dividend | K | T | | | | | |
| 39. Pepsico Incorporated | A | Dividend | K | T | | | | | |
| 40. Public Svc Enterprises Group Inc. | | None | | | SBEOD | | | | |
| 41. Sempra Energy | A | Dividend | | | SBEOD | | | | |
| 42. Time Warner Inc. | A | Dividend | J | T | | | | | |
| 43. Whole Foods Mkt Inc. | B | Dividend | K | T | Buy | 8/10 | J | | |
| 44. BP PLC Spons Adr | A | Dividend | | | SBEOD | | | | |
| 45. Canadian Natl Ry Co. | C | Dividend | K | T | | | | | |
| 46. Koninklijke Philips Electrs NV (New) | A | Dividend | K | T | | | | | |
| 47. Morgan Stanley Energ Mkts Fd Inc. | | None | | | SBEOD | | | | |
| 48. Nabors Industries Ltd. | | None | K | T | | | | | |
| 49. Teco Energy Inc. | B | Dividend | K | T | | | | | |
| 50. Boeing Co | A | Dividend | J | T | Sell | 7/10 | J | C | |
| 51. Walt Disney Co | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Intel Corp | A | Dividend | J | T | | | | | |
| 53. Mellon Finl Corp (PA) | A | Dividend | J | T | | | | | |
| 54. Viacom Inc CL A | A | Dividend | | | Sell | 7/10 | J | | |
| 55. Templeton Growth Fund Class A | B | Dividend | L | T | | | | | |
| 56. Fidelity Adv High Sac Muni Port | B | Dividend | K | T | | | | | |
| 57. Mojave Water Ag Imp Dist CA Go B/E FGIC-5.300 9/1/06 | | None | | | Redemption | 9/1 | J | | |
| 58. Los Angeles CNTY CA Pension Ob 6.770 6/30/05 | A | Interest | | | SBEOD | | | | |
| 59. Stockton CA Pub Fing Rev Ref West Eight Str FSA CPN: 3.000 | | None | | | SBEOD | | | | |
| 60. First Colony Life Policy | | None | J | T | | | | | |
| 61. Aetna Life Policy | | None | K | T | | | | | |
| 62. McDonalds Corp | | None | | | SBEOD | | | | |
| 63. Sprint Nextel Corp | A | Dividend | K | T | Buy | 8/3 | J | | |
| 64. California Pizza Kitchen | | None | J | T | | | | | |
| 65. Quanta SVCS Inc | | None | K | T | BBEOD | | | | |
| 66. CBS Corp Cl A | | None | | | SBEOD | | | | |
| 67. Encana Corp | A | Dividend | K | T | | | | | |
| 68. Petrochina Company Ltd Adr Shs Ser H | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Franklin Ltd Mat US Govt Sec A | C | Interest | | | SBEOD | | | | |
| 70. Ishares Tr Us Treas Infl Protection Secs FD | C | Interest | K | T | | | | | |
| 71. AIM Short Term Bd Cl C | C | Interest | | | SBEOD | | | | |
| 72. Ameritech Cap Fdg Corp 6.150 1/15/08 | A | Interest | J | T | | | | | |
| 73. CIT Group Inc 4.300 2/15/07 | A | Interest | J | T | | | | | |
| 74. CNA Financial Corp 6.6000 12/15/08 | A | Interest | J | T | | | | | |
| 75. Commercial Credit 6.625 11/15/06 | A | Int./Div. | | | Sell | 11/15 | J | | |
| 76. Credit Suisse FB USA Inc. 5.750 4/15/07 | A | Interest | J | T | | | | | |
| 77. DaimlerChrysler NA Hldg 7.200 9/1/09 | A | Interest | J | T | | | | | |
| 78. Dow Chemical Company 5.750 12/15/12 | A | Interest | J | T | | | | | |
| 79. Dow Chemical Company 5.3000 3/15/13 | A | Interest | J | T | | | | | |
| 80. First Chicago NBD Corp 6.125 2/15/06 | A | Interest | | | SBEOD | | | | |
| 81. Franklin Universal Trust | D | Interest | K | T | | | | | |
| 82. General Electric Cap Corp 8.125 5/15/12 | A | Interest | J | T | | | | | |
| 83. General Electric Cap Corp 4.000 4/15/10 | A | Interest | J | T | | | | | |
| 84. Goldman Sachs 5.250 10/15/13 | A | Interest | J | T | | | | | |
| 85. Hartford Life 4.500 6/15/12 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Household Fin Corp 5.000 11/15/07 | A | Interest | J | T | | | | | |
| 87. Household Fin Corp 5.875 2/1/09 | A | Interest | J | T | | | | | |
| 88. Intermendiate Bond Fund America | | None | | | SBEOD | | | | |
| 89. Intl Lease Fin Corp 4.375 11/1/09 | A | Interest | J | T | | | | | |
| 90. Intl Lease Fin Corp 4.200 2/15/10 | A | Interest | J | T | | | | | |
| 91. John Hancock Life Ins Co 4.150 2/15/12 | A | Interest | J | T | | | | | |
| 92. La Salle Fndg LLC Multi 3.000 1/15/11 | A | Interest | J | T | | | | | |
| 93. McDonald's Corp 6.000 4/15/11 | A | Interest | J | T | | | | | |
| 94. MFS Charter Income Trust | B | Interest | K | T | | | | | |
| 95. MFS Govt Markets Income | B | Interest | K | T | | | | | |
| 96. MFS Intermediate Income Trust | C | Interest | K | T | | | | | |
| 97. Motorola Inc. 7.625 11/15/10 | A | Interest | J | T | | | | | |
| 98. National Rural Utilities 4.125 2/15/11 | A | Interest | J | T | | | | | |
| 99. New York Tel Co. 7.000 6/15/13 | A | Interest | J | T | | | | | |
| 100. Pitney Bowes Inc 5.875 5/1/06 | A | Interest | | | SBEOD | | | | |
| 101. Putnam Master Intrmd Income Tr | C | Interest | K | T | | | | | |
| 102. Solomon Bros Var Rate Strategic Fund | B | Interest | | | Sell | 8/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. TRW Med Term Sr Notes Cpn 6.30% Due 5/15/08 | A | Interest | J | T | | | | | |
| 104. Van Kampen Income Tr Shs Ben Int | B | Interest | | | Sell | 9/25 | J | | |
| 105. Ford Motor Credit Co 7.875 6/15/10 | A | Interest | J | T | | | | | |
| 106. Ford Motor Credit Co 7.250 10/25/11 | A | Interest | J | T | | | | | |
| 107. Ford Motor Credit Co 5.625 10/1/08 | A | Interest | J | T | | | | | |
| 108. General Motors Accp Corp 6.125 11/15/08 | A | Interest | J | T | | | | | |
| 109. General Motors Accp Corp 5.750 9/15/06 Smart Notes | A | Interest | | | Redemption | 9/15 | J | | |
| 110. General Motors Accp Corp 5.400 2/15/08 | A | Interest | J | T | | | | | |
| 111. General Motors Accp Corp 5.625 5/15/09 | A | Interest | J | T. | | | | | |
| 112. General Motors Accp Corp 5.500 7/15/07 | A | Interest | J | T | | | | | |
| 113. JC Penney & Co 6.500 12/15/07 | A | Interest | J | T | | | | | |
| 114. Teco Energy Inc 7.200 5/1/11 | A | Interest | J | T | | | | | |
| 115. Toys R Us 6.875 8/1/06 | A | Interest | | | Sell | 8/1 | J | | |
| 116. Solomon 2008 World Term Trust | B | Interest | J | T | | | | | |
| 117. Allegheny Cnty PA Hosp 5.400 5/1/06 | | None | | | SBEOD | | | | |
| 118. Anaheim CA Pub Fing Auth 5.000 10/1/10 | A | Interest | J | T | | | | | |
| 119. Blackrock Ins Muni 2008 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. California St Trans Dept 0.000% 3/1/08 | | None | J | T | | | | | |
| 121. California St Go 5.000 11/1/07 | A | Interest | J | T | | | | | |
| 122. California St Pub Wks Brd Lease Rev Cap 9/1/07 | | None | J | T | | | | | |
| 123. East Bay Calif Mun Util 4.800 6/1/-8 | A | Interest | J | T | | | | | |
| 124. Las Vegas-Clark Cnty NV 2.750 6/1/07 | A | Interest | K | T | | | | | |
| 125. Los Angeles Cnty Calif 6.900 6/30/08 | | None | J | T | | | | | |
| 126. Mohave Water Agency 5.300 9/1/06 | A | Interest | | | SBEOD | | | | |
| 127. Municipal Advantage FD Inc. | A | Interest | L | T | Sell | 8/10 | K | | |
| 128. Parlier Calif Redev Agy 4.650% 8/1/10 | A | Interest | J | T | | | | | |
| 129. Pasadena CA Electric 5.000 8/1/09 RFD Bonds | A | Interest | J | T | | | | | |
| 130. Putnam CA Inv Grade Muni-Com | B | Interest | K | T | | | | | |
| 131. Sacramento CA Mun Rev 5.250 8/15/09 | A | Interest | K | T | | | | | |
| 132. Sacramento Cnty CA Arpt 6.000 7/1/16 | A | Interest | | | Redemption | 7/3 | K | A | |
| 133. Franklin Income Class A | C | Interest | L | T | Buy | 8/4 | J | | |
| 134. Enterprise Prods Partners LP | B | Distribution | K | T | | | | | |
| 135. Kinder Morgan Energy | B | Distribution | K | T | | | | | |
| 136. Oceanside CA Cert Rdp 6.100 4/1/05 | | None | | | SBEOD | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B=$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Van Kampen Sr. Income | | None | | | SBEOD | | | | |
| 138. Oneok Inc New | A | Dividend | K | T | BBEOD | | | | |
| 139. Active Power Inc. | | None | J | T | Sold | 10/31 | J | A | |
| 140. Spectranetics Corp. | | None | J | T | | | | | |
| 141. Acco Brands Corp | | None | | | SBEOD | | | | |
| 142. BP PLC Spons Adr | A | Dividend | | | SBEOD | | | | |
| 143. Mississippi St. Go 5.250 07/01/08 | B | Interest | K | T | | | | | |
| 144. Franklin Low Diration Total Return CL | B | Interest | M | T | Buy | 6/27 | L | | |
| 145. Franklin/Templeton Hard Cur Cl A | B | Int./Div. | L | T | Buy | 9/26 | L | | |
| 146. Russell Money Market S | C | Dividend | M | T | Buy | 7/20 | M | | |
| 147. Russell Money Market S | | | | | Buy | 9/26 | K | | |
| 148. Templeton Global Bond Fd A | B | Dividend | L | T | BBEOD | | | | |
| 149. Century Tel., Inc. Cpn 5.000% Due 2/15/15 | A | Interest | J | T | BBEOD | | | | |
| 150. CIT Group, Inc. Sr Unsecured Notes 6.00% 3/15/16 | A | Interest | K | T | BBEOD | | | | |
| 151. Countrywide Fin Cpn 4.000% due 7/28/15 | A | Interest | J | T | BBEOD | | | | |
| 152. Dean Witter Discover Odd Cpn Med Term Notes 7.07% 2/10/14 | A | Interest | K | T | BBEOD | | | | |
| 153. Dow Chemical Co Internotes Mtn B/E Sr | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Notes | | | | | | | | | |
| 154. IBM Corp Internotes Mts. B/E Cpn 5.00% Due 11/15/14 | A | Interest | J | T | BBEOD | | | | |
| 155. John Hancock Life Ins Co Sr. Uns 4.15% Due 2/15/12 | A | Int./Div. | J | T | BBEOD | | | | |
| 156. Motorola Inc. Notes call @market+25 BP | A | Interest | J | T | BBEOD | | | | |
| 157. AIM Enhanced Sh Bond Cl C | B | Int./Div. | | | BBEOD | | | | |
| 158. AIM Enhanced Sh Bond Cl C | | | | | Sell | 10/24 | L | A | |
| 159. AIM Enhanced Sh Bond Cl C | | | | | Sell | 10/25 | K | A | |
| 160. Gabelli Glbl Util Inc Tr | B | Int./Div. | L | T | Buy | 8/4 | K | | |
| 161. Tamarack Invt Fds Prime | D | Dividend | J | T | BBEOD | | | | |
| 162. Templeton Global Bond A | B | Dividend | L | T | Buy | 8/10 | L | | |
| 163. Western Asset Bros 2008 WW & Gvt Tr | C | Int./Div. | K | T | BBEOD | | | | |
| 164. Alliance Bernstein Holding LP | B | Distribution | K | T | BBEOD | | | | |
| 165. CIT Group Inc. Internotes Cpn 6.000% due 3/15/16 | A | Int./Div. | K | T | BBEOD | | | | |
| 166. Particle Drilling Technology | A | Int./Div. | J | T | BBEOD | | | | |
| 167. Powerwave Technologies Inc | | | | | BBEOD | | | | |
| 168. Powerwave Technologies Inc. | | | | | Sell | 10/11 | J | | |
| 169. Vipropharma Inc. | | | | | BBEOD | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. Vipropharma Inc. | | | | | SBEOD | | | | |
| 171. Reddy Ice Holdings Inc | A | Interest | K | T | BBEOD | | | | |
| 172. Ameritech Cap Fdg Corp NT B/E Con 6.150% Due 1/15/08 | A | Interest | J | T | BBEOD | | | | |
| 173. Boeing Co. Global Notes Cpn 5.125% Due 2/15/13 | A | Int./Div. | J | T | BBEOD | | | | |
| 174. LA Calif Uni Sch Dist Cpn 5.50% Due 7/1/17 | B | Interest | K | T | BBEOD | | | | |
| 175. Genzyme Corp Gen Div | | | K | T | BBEOD | | | | |
| 176. Dean Witter Discover Co Med Term Notes Cpn 7.07% Due 2/10/14 | A | Int./Div. | J | T | BBEOD | | | | |
| 177. Daimler Chrysler N/P Hldg Global Note Cpn 7.20% Due 9/1/09 | A | Int./Div. | J | T | BBEOD | | | | |
| 178. CA St Dept Trans Par East Bay State Rev B/E 4.67% Due 3/1/10 | A | Int./Div. | J | T | BBEOD | | | | |
| 179. Fidelity Adv Freedom 2010 Fd Cl A | A | Int./Div. | J | T | BBEOD | | | | |
| 180. GTE Cal Deb B/E Cpn 7.00% Due 5/1/08 | A | Dividend | J | T | Buy | 8/3 | J | | |
| 181. Gen Mtrs Accept Corp Smart Notes Med Term | | | J | T | Redemption | 9/15 | J | | |
| 182. Embarq Corp | A | Int./Div. | J | T | BBEOD | | | | |
| 183. Cisco Systems Inc. | | | J | T | BBEOD | | | | |
| 184. Medcohealth Solutions | | | J | T | BBEOD | | | | |
| 185. Merck & Co. Inc. | | | J | T | BBEOD | | | | |
| 186. International Business Machines | | | J | T | BBEOD | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. Marriott Int Inc Class A | | | J | T | BBEOD | | | | |
| 188. Wal Mart Stores Inc. | | | J | T | BBEOD | | | | |
| 189. Windstream Corp | | | | | SBEOD | | | | |
| 190. Wachovia Sec Bank Deposit Sweep Option | | | N | T | | | | | |
| 191. The Growth Fund of America-R2 | | | L | T | | | | | |
| 192. The Bond Fund of America-R2 | | | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART I

Filer entered on duty as a circuit judge on June 30, 2006. Prior to that date, filer practiced law as a partner of Smith Crane Robinson & Parker LLP (SCRP).

SCRP ceased doing business effective as of June 29, 2006 and entered into a state of dissolution on June 30, 2006. As liquidating partner of SCRP, filer remained responsible during reporting period for collection of obligations due SCRP and payment of debts owed by SCRP. Filer receives no compensation for performance of his duties as liquidating partner of SCRP. Only minor duties remain as of the date of this report and the filer presently believes that all remaining obligations of SCRP will be paid or provided for, the net assets of SCRP will be distributed to the former partners, and SCRP will terminated during calendar year 2007.

Except as noted in the following paragraph, filer resigned all positions except liquidating partner of SCRP effective on or before June 29, 2006.

Filer has acted as escrow holder of $4,950 since approximately 2002, without compensation, for the benefit of the Lunada Bay Little League (League) and the Palos Verdes Peninsula Unified School District (PVPUSD). Since no activity requiring the involvement of the filer as escrow holder occurred since the escrow was opened, filer inadvertently forgot about the account until he was reminded of the escrow after the current reporting period. With the written agreement of the League and the PVPUSD, filer has now resigned as escrow holder and transferred that responsiblity to R. Scott Robinson. The filer has also executed an assignment of the bank account holding the $4,950 to R. Scott Robinson. As of the date of this report, filer has no further responsibilities under the escrow agreement.

PART II

Filer is entitled to 39.91% of all net proceeds from the wind up of SCRP, if any. As of the date of this report, SCRP has approximately $20,000 of remaining assets and still has some ongoing obligations to discharge before final distribution of net assets to former partners.

SCRP's ERISA based retirement plans were terminated during the reporting period and assets therein were distributed to the filer and other interest holders pursuant to a formula calculated by the plan administator and actuary. All assets of filer ▬▬▬▬ previously held in SCRP retirement plans are now held in four IRAs and are individually listed in Part VII.

Part III

All income shown in Part III was earned prior to 6-30-06, but a portion thereof was received after 6-30-06.

PART VII

SCRP Defined Benefit Plan assets attributable to filer were distributed in kind to filer durng reporting period and are reported individually in Part VII.

All securities listed on filer's Initial Financial Disclosure Report that were sold in whole or in part before the date filer took his oath of office and entered on duty are shown in Part D as "SBEOD," which means "sold before entry on duty."

All securities listed on filer's Financial Disclosure Report that were purchased in whole or in part before the date filer took his oath of office and entered on duty are shown in Part D as "BBEOD," which means "bought before entry on duty."

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 05/01/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa                                                                      Date 5-1-07

NOTE: A                                          Y AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIM                                      § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544